Edward Watt, an Infant, by Alice Watt, His Guardian ad Litem, Respondent, v. Charles L. Feltman and Alfred Feltman, Appellants.— Motion for reargument denied: Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

John D. Cutter, Respondent, v. Gudebrod Brothers Company, Appellant.— Judgment entered on the report of the referee affirmed, with costs. Appeal from judgment of April 8, 1899, dismissed. No opinion. Hirschberg, P. J., Jenks and Rich, JJ., concurred; Miller, J., voted to modify the judgment entered on the report of the referee by deducting the allowance for interest on the plaintiff's claim, and also the eleven and seventy-seven one-hundredths per cent of the selling price for the expense of sale.

Demuth Glass Manufacturing Company, Appellant, v. The Royal Glass Jar and Bottle Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Alexander Dillon, Appellant, v. Rose Mandelbaum, Respondent.— Judgment of the Municipal Court affirmed by default, with costs. Hirschberg, P. J., Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Leon Gilbert, Appellant, v. M. F. Westergren, Respondent.— Judgment unanimously affirmed with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Frank D. Hawkins, Respondent, v. Alice M. Gossner, Defendant, Impleaded with Willard Young and William C. McFarland, Appellants, and Frederick G. Booth and Ethelbert L. Arthur, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Rich and Miller, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of Proceedings of K. Francis X. Egan, as Executor and Trustee under the Last Will and Testament of Kieran Egan, Deceased, Appellant; Catherine E. LeBel and Others, Respondents.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Claus Henry Martens, Respondent, v. Henry Tiedemann, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

John A. Sweet, Respondent, v. Dennis H. Gildea, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

---

## First Department, March, 1906.

Isaac C. Biesenthal, Plaintiff, v. Benjamin Wise, Defendant. In the Matter of the Application of Benjamin Wise, Respondent, to Have Van Dernoot & Kiely, Esqrs., Substituted as His Attorneys in Place of Leon Kronfeld and I. Henry Harris, Appellants.— Appeal from an order of the Supreme Court, entered in the clerk's office of the county of New York on the 13th day of January, 1906, as resettled by an order bearing date the 1st day of February, 1906, and entered in said clerk's office.

Per Curiam: The order appealed from should be modified by striking out the 2d provision thereof, providing that the payment of the seventy-five dollars specified shall be in full for all services rendered in the action, and substituting in place thereof a provision that appellants Kronfeld and Harris be permitted to receive the seventy-five dollars directed to be paid without prejudice to the bringing of any action by them against the defendant Wise to recover further compensation for the services rendered to him, if they shall be so advised. As so modified the order should be affirmed, without costs to either party. Present, — O'Brien, P. J., Ingraham, McLaughlin, Clarke and Houghton, JJ. Order modified as directed in opinion, and as modified affirmed, without costs. Order filed.

In the Matter of the Application of Louis Lischinsky, Appellant, v. Samuel Hellinger, an Attorney at Law, Respondent.— Appeal from an order denying a motion to compel an attorney to pay over certain moneys.

Per Curiam: To obviate any question as to the order herein being pleaded as a bar, it should be modified by adding a provision thereto that it is without